```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 32345
     LATASHA L RHODES
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5697


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/31/2004 and was confirmed 12/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 12/12/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
OVERLAND BOND & INVESTME   SECURED            3636.86         231.41         3636.86
OVERLAND BOND & INVESTME   UNSECURED          7100.00            .00          710.00
AT & T BANKRUPCTY          UNSECURED         NOT FILED           .00             .00
CAR CREDIT                 UNSECURED         NOT FILED           .00             .00
COLUMBIA HOUSE             UNSECURED         NOT FILED           .00             .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED           .00             .00
ROUNDUP FUNDING LLC        UNSECURED           833.51            .00           83.35
AUTO CREDIT SERVICES       UNSECURED         NOT FILED           .00             .00
GE FINANCIAL SERVICES      UNSECURED         10809.00            .00         1080.90
HINSDALE LAKE TERRACE      UNSECURED         NOT FILED           .00             .00
HOLLYWOOD ENTERTAINMENT    UNSECURED         NOT FILED           .00             .00
NUVELL CREDIT/BAR NONE     UNSECURED         11042.27            .00         1104.23
PAYDAY LOAN                UNSECURED         NOT FILED           .00             .00
PROVIDIAN  MASTERCARD      UNSECURED         NOT FILED           .00             .00
SPRINT PCS                 UNSECURED         NOT FILED           .00             .00
UNITED CASH LOAN           UNSECURED         NOT FILED           .00             .00
STATE OF ILLINOIS          UNSECURED         NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   PRIORITY          NOT FILED           .00             .00
ISAC                       FILED LATE        11193.43            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        2,055.20                       2,055.20
TOM VAUGHN                 TRUSTEE                                             511.88
DEBTOR REFUND              REFUND                                              190.05

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  9,603.88

PRIORITY                                            .00
SECURED                                         3,636.86
    INTEREST                                      231.41

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 32345 LATASHA L RHODES
```

```
UNSECURED                                                  2,978.48
ADMINISTRATIVE                                             2,055.20
TRUSTEE COMPENSATION                                         511.88
DEBTOR REFUND                                                190.05
                                  ---------------   ---------------
TOTALS                                   9,603.88          9,603.88
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 03/27/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```